# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NURSERY PRODUCTS LITIGATION<br><br>This Document Relates To: 5:23-cv-02120-FLA-kk | Case No.: 5:23-cv-02120-FLA (KKx)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

On February 15, 2024, Plaintiffs Christie Smith et al., filed a Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) in the above captioned action, as to Defendant The Goldman Sachs Group, Inc. (hereinafter "Goldman Sachs") only, notwithstanding Plaintiffs' claims against the additional Defendants in this action which are currently pending within this Court. Goldman Sachs agrees to waive any fees and costs incurred in exchange for this dismissal.

By filing the above notice, Plaintiffs' counsel for Christie Smith et al. certifies that no answer or motion for summary judgment has been previously served in response to all Plaintiffs' complaints to which this notice applies.

The court, having reviewed Plaintiffs' Notice for Voluntary Dismissal Pursuant to FRCP 41, hereby DISMISSES without prejudice of Defendant Goldman Sachs from the above-captioned action, and that the docket for 5:23-cv-02120-FLA-kk reflect such termination.

IT IS SO ORDERED.

Dated: March 6, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1